

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NOS. 2-10-283-CV
2-10-285-CV
2-10-287-CV**

TWO HUNDRED FIFTY-NINE
THOUSAND, THREE HUNDRED
THIRTY-SIX DOLLARS AND
SEVEN/100

APPELLANT

V.

THE STATE OF TEXAS

APPELLEE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss" of appellants LeRoy Blanks, Anita Blanks, Carpenter Land Investment Company, Fort Worth Bingo, Inc., and Fort Worth Concessions. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeals shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:   September 2, 2010